GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

ADAM D. ROSSI
Assistant U.S. Attorney
AZ State Bar No. 028042
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: adam.rossi2@usdoj.gov
Attorneys for Plaintiff

FILED

2021 AUG 18 PM 3: 30

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-02020 TUC-RM(EJM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:  18 U.S.C. §§ 922(a)(6) & 924(a)(2)<br>(False Statements in Connection<br>with Acquisition of Firearm)<br>Counts 1-2 |
| 1.  Louis Edward Varela,<br>(Counts 1-2) | |
| 2.  Crystal Mirash Grindle,<br>(Counts 1-2) | 18 U.S.C. § 2(a)<br>(Aiding and Abetting the<br>Commission of an Offense)<br>Counts 1-2 |
| Defendants. | 18 U.S.C. § 924(d)(1) &<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about June 25, 2021, in the District of Arizona, Defendants LOUIS EDWARD VARELA and CRYSTAL MIRASH GRINDLE, in connection with the acquisition of a firearm, that is, a Canik (Century Arms Inc.) model TP9 Elite Combat, 9mm caliber pistol, and a Glock model 30, .45 caliber pistol from Liberty Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Liberty Pawn Shop, which statement was intended to deceive Liberty Pawn Shop as to a fact material to the lawfulness

of such sale of said firearm to Defendant CRYSTAL MIRASH GRINDLE under Chapter 44, Title 18, United States Code, in that Defendant CRYSTAL MIRASH GRINDLE stated that she was the actual transferee/buyer of said firearm when in fact she was acquiring the firearm on behalf of Defendant LOUIS EDWARD VARELA, and Defendant LOUIS EDWARD VARELA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## COUNT 2

On or about July 8, 2021, in the District of Arizona, Defendants LOUIS EDWARD VARELA and CRYSTAL MIRASH GRINDLE, in connection with the acquisition of a firearm, that is, a Brigade Manufacturing Inc. model BMF-9, 9mm caliber pistol from Liberty Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Liberty Pawn Shop, which statement was intended to deceive Liberty Pawn Shop as to a fact material to the lawfulness of such sale of said firearm to Defendant CRYSTAL MIRASH GRINDLE under Chapter 44, Title 18, United States Code, in that Defendant CRYSTAL MIRASH GRINDLE stated that she was the actual transferee/buyer of said firearm when in fact she was acquiring the firearm on behalf of Defendant LOUIS EDWARD VARELA, and Defendant LOUIS EDWARD VARELA aided, abetted, counseled, commanded, induced, and procured such false and fictitious statement.

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Count Two of the Indictment, Defendants LOUIS EDWARD VARELA and CRYSTAL MIRASH GRINDLE shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: one (1) Brigade Manufacturing Inc. model BMF-9, 9mm caliber pistol, bearing serial number 27682F.

*United States of America v. Louis Edward Varela, et al*
*Indictment Page 2 of 3*

If any of the property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Dated: August 18, 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

**REDACTED FOR
PUBLIC DISCLOSURE**

/S/

ADAM D. ROSSI
Assistant United States Attorney

*United States of America v. Louis Edward Varela, et al*
*Indictment Page 3 of 3*