# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| ☒ FILED | ☐ LODGED |

**Sep 16 2022**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

<u>United States of America,</u>
PLAINTIFF,

CR 21-02020-001-TUC-RM

vs.

# GOVERNMENT'S EXHIBIT LIST

<u>Louis Edward Varela,</u>
DEFENDANT.

| PRESIDING JUDGE<br>U.S. District Court Judge<br>Rosemary Márquez | COURTROOM DEPUTY<br>Sandra G. Fuller | COURT REPORTER<br>Tracy Jamieson |
|---|---|---|
| TRIAL DATES:<br>September 12, 2022 -<br>September 16, 2022 | PLAINTIFF ATTORNEYS<br>Lori L. Price, AUSA<br>Craig H. Russell, AUSA | DEFENDANT ATTORNEY<br><br>Steven Donald West, Esq. |

| PLF NO. | DFT NO. | DATE ADMITTED | *EXHIBITS* |
|---|---|---|---|
| 1 | | | Firearm Transaction Record, ATF Form 4473 (Blank) (Bates 508-513) |
| 2 | | | Report of Multiple Sale or Other Disposition of Pistols and Revolvers, ATF Form 3310.4 (Blank) (Bates 542-543) |
| 3 | | 09/13/2022 | Photograph, Liberty Pawn Shop (Bates 111) |
| 4 | | 09/13/2022 | Aerial Map of Area around Liberty Pawn Shop (Bates 601) |
| 5 | | 09/13/2022 | Aerial Map of South Tucson (Bates 602) |
| 6 | | | Text Messages between ATF Agent Art Laguna and Michael Goldstein (Bates 607-612) |
| 7 | | 09/13/2022 | Photograph of Mustang in Liberty Pawn Shop parking lot on July 8, 2021 (Bates 88) |
| 8 | | 09/13/2022 | Photograph of Saturn Aura in Liberty Pawn Shop parking lot on July 8, 2021 (Bates 89) |
| 9 | | 09/13/2022 | Photograph of Ford Mustang, side view (Bates 75) |
| 10 | | 09/13/2022 | Photograph of Ford Mustang, back view (Bates 71) |
| 11 | | 09/15/2022 | Photograph of Chrysler 300, side view (Bates 69) |
| 12 | | 09/15/2022 | Photograph of Chrysler 300, back view (Bates 66) |
| 13 | | 09/13/2022 | Photograph of Saturn Aura (Bates 86) |
| 14 | | 09/13/2022 | Photograph of Louis Edward Varela Driver License (Bates 600) |
| 15 | | 09/13/2022 | Photograph of Louis Edward Varela on July 8, 2021 (Bates 84) |
| 16 | | 09/13/2022 | Photograph of Reebok Satchel (Bates 95) |

| | | | |
|---|---|---|---|
| 17 | | 09/13/2022 | Photograph of Money in Reebok Satchel (Bates 94) |
| 18 | | 09/13/2022 | Liberty Pawn Shop Security Footage, dated June 25, 2021 (Bates 526) |
| 19 | | 09/13/2022 | Liberty Pawn Shop Security Footage, dated June 30, 2021 (Bates 527) |
| 20 | | 09/13/2022 | Liberty Pawn Shop Security Footage, dated July 8, 2021 (Bates 525) |
| 21 | | 09/13/2022 | Liberty Pawn Shop Federal Firearms License (Bates 603) |
| 22 | | 09/13/2022 | Firearm Transaction Record, ATF Form 4473, dated June 25, 2021 (Bates 535-541) |
| 23 | | 09/13/2022 | Report of Multiple Sale or Other Disposition of Pistols and Revolvers, ATF Form 3310.4, dated June 25, 2021 (Bates 514) |
| 24 | | 09/13/2022 | Liberty Pawn Shop Receipt for Firearms, dated June 25, 2021 (Bates 524) |
| 25 | | 09/13/2022 | Firearm Transaction Record, ATF Form 4473, dated July 8, 2021 (Bates 528-534) |
| 26 | | 09/13/2022 | Liberty Pawn Shop Receipt for Firearms, dated July 8, 2021 (Bates 519) |
| 27 | | 09/13/2022 | Text Messages between Crystal Grindle and Louis Edward Varela (Bates 569-572) |
| 28 | | | Crystal Grindle Cellular Phone Call Log (Bates No. 97) |
| 29 | | | Crystal Grindle Plea Agreement (Bates 399-408) |
| 30 | | | Crystal Grindle Cooperator Addendum to Plea Agreement (Bates 409-415) |
| 31 | | | Transcript, Interview of Crystal Grindle, dated July 8, 2021 (Bates 222-313) |
| 32 | | | Transcript, Interview of Crystal Grindle, dated December 14, 2021 (Bates 324-380) |
| 33 | | | Transcript, Crystal Grindle Change of Plea Colloquy, dated July 28, 2022 (Bates 381-397) |
| 34 | | | Pima County Sheriff's Department Incident Report, dated July 8, 2021 (Bates 28-35) |
| 35 | | 09/15/2022 | Photograph of Intersection of East 27th Street and South 5th Avenue (Bates 114) |
| 36 | | 09/13/2022 | Photograph of Brigade Manufacturing Inc., Model BMF-9, 9 mm Caliber Pistol (Bates 77) |
| 37 | | 09/15/2022 | Photograph of Ammunition from Plastic Bag (Bates 81) |
| 38 | | 09/15/2022 | Brigade Manufacturing Inc., Model BMF-9, 9 mm Caliber Pistol |
| 39 | | | Remington Arms 9 mm Luger Ammunition, 50 Rounds |
| 40 | | | Hornady, .380 Ammunition, 25 Rounds |
| 41 | | 09/15/2022 | Photograph of Receipt and Money Seized from Crystal Grindle (Bates 82) |
| 42 | | 09/15/2022 | Video of ATF Agent Creighton Brandt calling Louis Edward Varela's cellular phone (Bates 97) |
| 43 | | | Photograph of Money, $3,000, Seized from Louis Edward Varela (Bates 54) |
| 44 | | | Motor Vehicle Division Car Registration for Chrysler 300 (Bates 92) |
| 45 | | | ATF Reports of Investigation (Reports 1-9) (Bates 1-7, 12-16, 18-25, 90-92) |

| | | | |
|---|---|---|---|
| 46 | | | Transcript, Interview of Louis Edward Varela, dated July 8, 2021 (Bates 116-221) |
| 47 | | | Certified Conviction for Louis Edward Varela in District of Arizona Court Case Number CR-17-00340-CKJ-LAB, dated February 13, 2018 (Bates 497-501) |
| 48 | | | Certified Conviction for Louis Edward Varela in Superior Court of Arizona Case Number CR-20122688-001, dated September 19, 2013 (Bates 421-424) |
| 49 | | | Certified Conviction for Louis Edward Varela in Superior Court of Arizona Case Number CR-20052290, dated June 8, 2006 (Bates 416-420) |
| 50 | | | Certified Conviction for Louis Edward Varela in District of Arizona Court Case Number CR-05-00413-CKJ-LAB, dated May 22, 2006 (Bates 502-505) |
| 51 | | 09/13/2022 | Stipulation of the Parties Regarding Louis Edward Varela's Status as a Prohibited Possessor |
| 52 | | 09/15/2022 | Video of Text Messages between Crystal Grindle and Louis Edward Varela (Bates 97) |
| 53 | | | |
| 54 | | | |
| 55 | | | |
| 56 | | | |
| 57 | | | |
| 58 | | | |
| 59 | | | |
| 60 | | | |
| 52A | | 09/15/2022 | Redacted version of video of text messages between Crystal Grindle and Louis Edward Varela submitted to jury. Exhibit 52, though admitted, was not provided to the jury. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |